IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DOCTOR'S TESTING CENTER, LLC, II, et al                                            PLAINTIFFS

vs                                    4:09CV00707-WRW

USA, et al                                                                                          DEFENDANTS

## ORDER

Pursuant to the Separate Defendant, Pinnacle Business Solutions, Inc.'s Motion for Extension of Time (doc #2), the name of separate defendant, CMS Pinnacle Business Solutions should be changed to:

Pinnacle Business Solutions, Inc.

The Clerk is directed to make this change on the Court's docket.

IS SO ORDERED this 16th day of September, 2009.

AT THE DIRECTION OF THE COURT
JAMES McCORMACK, CLERK

/s/ Mary A. Johnson, Deputy Clerk

ord.nmchng.wpd