IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DOCTOR'S TESTING CENTER, L.L.C.,** *et al.*                                    **PLAINTIFFS**

**v.**                                    **4:09CV00707-WRW**

**KATHLEEN SEBELIUS, SECRETARY OF THE**                                    **DEFENDANTS**
**DEPARTMENT OF HEALTH AND HUMAN**
**SERVICES,** *et al.*

## ORDER

Pending is the Joint Motion of Separate Defendants' Arkansas Blue Cross and Blue Shield and Pinnacle Business Solutions, Inc. for Clarification of Court's January 12 Order (Doc. No. 50). The Motion is GRANTED. The Court still has under consideration and has not yet ruled on ABCBS's and Pinnacle's separate Motions to Dismiss the Amended Complaint.

IT IS SO ORDERED this 25th day of January, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE