# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DOCTOR'S TESTING CENTER, L.L.C.,** *et al.*                      **PLAINTIFFS**

**v.**                         **4:09CV00707-WRW**

**KATHLEEN SEBELIUS, SECRETARY OF THE**            **DEFENDANTS**
**DEPARTMENT OF HEALTH AND HUMAN**
**SERVICES,** *et al.*

## ORDER

Pending is Plaintiff Ron Davis's Request for Reconsideration (Doc. No. 57). Defendants have not responded, and the time for doing so has passed. Plaintiff's Motion is DENIED.

IT IS SO ORDERED this 19th day of March, 2010.

                                               /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE